UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MALINDER SLAUGHTER,

                       Plaintiff,                        **ORDER**

     v.

                                                         **05-CV-493A(F)**

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.

       Because of the large number of appeals taken from the final orders of the Secretary of Health and Human Services (the "Secretary"), there are understandable delays. In most cases, the United States Attorney has had to seek a stipulation for extension of time or to file a motion for an extension of time to file an appropriate answer or motions. Briefs necessary to support the Secretary's motion for judgment on the pleadings have also been necessarily delayed. So that this case may proceed in an orderly fashion, the following schedule shall apply:

       (1)     The United States Attorney shall have until **April 3, 2006** to file an appropriate motion for judgment on the pleadings, with a brief in support of the motion.

       (2)     Plaintiff will then have until **June 2, 2006** to respond to the United States Attorney's motion.

SO ORDERED.

                                                           /s/ *Leslie G. Foschio*

                                                     _____
                                                          LESLIE G. FOSCHIO
                                       UNITED STATES MAGISTRATE JUDGE

Dated: November 1, 2005
       Buffalo, New York